

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00156-CV

**GREEN TREE SERVICING, LLC** and U.S. Bank as Trustee of the Servertis Fund I Trust
2009-2 Grantor Trust Series 2009-2,
Appellants

v.

Eric C. **SANDERS** and Eric M. Sanders,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-TA1-03197
Honorable Larry Noll, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE the portion of the trial court's judgment awarding $25,000 in attorney's fees to appellee Eric M. Sanders, and RENDER judgment that appellee Eric M. Sanders recover no attorney's fees. In all other respects, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against the party incurring same.

SIGNED May 28, 2014.

_____
Rebeca C. Martinez, Justice